IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY FRAZIER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-1688 |
| JEFFREY BEARD, ET AL. | : | |
| | : | |

**O R D E R**

**AND NOW**, this ___14th___ day of October, 2014, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (ECF No. 10), the Objections to the Report and Recommendation (ECF No. 12), and after a *de novo* review of the record, it is **ORDERED** that:

1. The Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Petitioner Jerry Frazier's Petition for Writ of Habeas Corpus is **DENIED**; and

4. No certificate of appealability shall issue.

   **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**