# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JERRY FRAZIER | : | |
| --- | --- | --- |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-1688 |
| JEFFREY BEARD, *et al.* | : | |

## ORDER

**AND NOW**, this 27th day of May 2021, upon consideration of Petitioner Jerry Frazier's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 21), it is **ORDERED** as follows:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Frazier's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**